Paul H. Burleigh (State Bar No. 112512)
 Paul.Burleigh@leclairryan.com
Gary P. Simonian (State Bar No. 177747)
 Gary.Simonian@leclairryan.com
LECLAIRRYAN LLP
888 South Figueroa Street, Suite 1800
Los Angeles, CA  90017-5455
Telephone:  (213) 488-0503
Telefax:  (213) 624-3755

Attorneys for Plaintiff
PNG Telecommunications, Inc., d/b/a
Powernet Global Communications.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, COUNTY OF SACRAMENTO

| | |
|---|---|
| PNG TELECOMMUNICATIONS, INC. D/B/A POWERNET GLOBAL COMMUNICATIONS, a Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAC-WEST TELECOMM, INC., a California Corporation,<br><br>Defendants. | Case No.:  2:10-CV-01164-FCD-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

TO THE HONORABLE COURT:

Plaintiff PNG TELECOMMUNICATIONS, INC. D/B/A POWERNET GLOBAL COMMUNICATIONS ("Plaintiff") and Defendant PAC-WEST TELECOMM, INC., ("Defendant") by and through their respective counsel of record, hereby stipulate to continue the hearing of Defendant's Motion to Dismiss Plaintiff's Complaint to August 6, 2010, at 10:00 a.m., in Courtroom 2.

Plaintiff has determined that the Court may hear Defendant's motion on August 6, 2010.

Papers in support of the opposition and the reply will be filed pursuant to

Local Rule 230, in accordance with the new hearing date.

The purpose of the Stipulation is to allow the parties sufficient time to brief the issues and arguments raised in Defendant's motion and to concurrently allow the parties a further opportunity to settle their dispute.

IT IS SO STIPULATED.

DATED: June 24, 2010          LECLAIRRYAN, LLP

By: /s/ Gary P. Simonian
PAUL H. BURLEIGH
GARY P. SIMONIAN
Attorneys for Plaintiff
PNG TELECOMMUNICATIONS INC.
D/B/A POWERNET GLOBAL
COMMUNICATIONS

DATED: June 24, 2010          TOBIN LAW GROUP

By: /s/ James M. Tobin
JAMES M. TOBIN
WILLIAM C. HARRELSON
Attorney for Defendant
PAC-WEST TELECOMM, INC.

**IT IS SO ORDERED**.

Dated: June 24, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE