James M. Tobin (State Bar No. 63017)
William C. Harrelson (State Bar No. 248070)
August O. Stofferahn (State Bar No. 229957)
TOBIN LAW GROUP, P.C.
1628 Tiburon Blvd.
Tiburon, CA 94920
Telephone: (415) 732-1700
Fax: (415) 789-0276
Email: jim@tobinlaw.us
       bill@tobinlaw.us
       august@tobinlaw.us

Attorneys for Defendant
Pac-West Telecomm, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PNG TELECOMMUNICATIONS, INC. D/B/A POWERNET GLOBAL COMMUNICATIONS, a Ohio Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAC-WEST TELECOMM, INC., a California Corporation,<br><br>Defendant. | Case No. 2:10-CV-01164-FCD-EFB<br><br>**STIPULATION AND ORDER APPROVING EXTENSION OF TIME FOR EXCHANGE OF INITIAL DISCLOSURES**<br><br>Date: July 9, 2010<br>Time: 10:00 a.m.<br>Courtroom: 2<br><br>Complaint Filed: May 11, 2010<br><br>Honorable Frank C. Damrell, Jr. |

TO THE HONORABLE COURT:

Plaintiff PNG TELECOMMUNICATIONS, INC. D/B/A POWERNET GLOBAL COMMUNICATIONS ("Plaintiff") and Defendant PAC-WEST TELECOMM, INC. ("Defendant") (together 'the Parties"), by and through their respective counsel of record, hereby stipulate to and request the Court approve an extension of time within which Plaintiff and Defendant must exchange initial disclosures by one week, from July 22, 2010 to July 29, 2010. The Parties have not sought or received any previous extension of time for the exchange of initial disclosures.

1   IT IS SO STIPULATED.

2   DATED: July 21, 2010

3                                                                     TOBIN LAW GROUP, P.C.

4                                                                            /s/ James M. Tobin

5                                                                     James M. Tobin
                                                                      William C. Harrelson
6                                                                     August O. Stofferahn
                                                                      Attorneys for Defendant
7                                                                     Pac-West Telecomm, Inc.

8

9   DATED: July 21, 2010

10                                                                    LECLAIRRYAN, LLP.

11                                                                           /s/ Paul H. Burleigh

12                                                                    Paul H. Burleigh
                                                                      Gary P. Simonian
13                                                                    Attorneys for Plaintiff
                                                                      PNG Telecommunications, Inc. d/b/a
14                                                                    Powernet Global Communications

15

16

17   **IT IS SO ORDERED**.

18   DATED: July 22, 2010

19                                                                    _____
                                                                      FRANK C. DAMRELL, JR.
20                                                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28